

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

WINN-DIXIE MONTGOMERY LEASING,
LLC
                                                                                    PLAINTIFF

VS.                                                   CIVIL ACTION NO.: 1:16-CV-00072-LG-RHW

GULFPORT/ORANGE GROVE ASSOCIATES,
LTD.                                                                                DEFENDANT

---

### AGREED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

---

CAME ON FOR CONSIDERATION, the parties' joint motion, *ore tenus*, for dismissal without prejudice, of the above styled and numbered cause, and the Court, being advised that the parties have come to an accord and satisfaction, finds that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED THAT this lawsuit should be and hereby is dismissed in its entirety and without prejudice, with each party to bear its own costs

**SO ORDERED AND ADJUDGED,** this the 31st day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO:

s/ *Joe Getz*
_____
Joseph T. Getz, Esq.
Attorney for Defendant


s/ *Michael Held*
_____
Michael Held, Esq.
Allen Miller, Esq.
Attorney for Plaintiff